JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOSE VASQUEZ-CHICAS,<br><br>              Petitioner,<br><br>              v.<br><br>U.S. ATTORNEY GENERAL,<br><br>              Respondent. | No. CV 17-05505-FMO (DFM)<br><br>JUDGMENT |

     Pursuant to the Order Summarily Dismissing Petition for Lack of Jurisdiction,

     IT IS HEREBY ADJUDGED that this action is dismissed.


Dated: August 4, 2017


                              _____/s/_____
                              FERNANDO M. OLGUIN
                              United States District Judge